**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_TAIIAHASSEE_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

FOURTH AMENDED

David Lee Sinnett ,

Inmate # H06344 .
  (Enter full name of Plaintiff)

                                          4:09cv454-MP/WCS

vs.                                    CASE NO: _____
                                            (To be assigned by Clerk)

DR. John Doe Nguyen; Columbia CI Annex (Individual) & (official)
Nurse Jane Doe MacDonald; A.R.N.P Jefferson CI Ex-Employee (Individual) & (official)
Nurse Jane Doe Keys; A.R.N.P Ex-Employee Jefferson CI (Individual) & (official)
DR. John Doe Ong; Surgical Doctor; Lake Butler; (Individual) & (official)

_____

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: David L Sinnett
Inmate Number H06344 / #33884-018
Prison or Jail: FCC Coleman medium
Mailing address: P.O. Box #1032
Coleman, Florida
33521

## II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>**every**</u> Defendant:

(1) Defendant's name: John Doe Nguyen
    Official position: M.D. Dr. S.H.S.A
    Employed at: Columbia Annex / Correctional medical Service (C.M.S)
    Mailing address: Columbia Correctional Inst Annex, Route 7 P.O. Box
    #376; Lake City, Florida. 32055-8767

(2) Defendant's name: Nurse Jane Doe MacDonald
    Official position: A.R.N.P Nurse
    Employed at: Ex-Employer At Jefferson CT. D.O.C / (C.M.S)
    Mailing address: 2601 Blairstone RD. Tallahassee, Florida. 32399
    Central office. Department of Corrections / C.M.S

(3) Defendant's name: Nurse Jane Doe Keys
    Official position: A.R.N.P Nurse
    Employed at: Ex-Employer At Jefferson C.T / D.OC / (C.M.S)
    Mailing address: 2601 Blairstone RD. Tallahassee, Florida. 32399
    Central office. Department of Corrections / C.M.S

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

II. DeFendant(s) continued

(4) Defendant's Name: DR. John Doe ONG
OFFicial Position: Surgical Doctor
Employed At: Lake Butler N.F.R.C/D.O.C/C.M.S
Mailing Address: North Florida Reception center
P.O. Box #628; Lake Butler, Florida 32054

2A.

III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.   IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                No( ✓ )

1.   Parties to previous action:
(a)   Plaintiff(s): _____ N/A _____
(b)   Defendant(s): _____ N/A _____
2.   Name of judge: _____ N/A _____   Case #: ___ N/A ___
3.   County and judicial circuit: _____ N/A _____
4.   Approximate filing date: _____ N/A _____
5.   If not still pending, date of dismissal: _____ N/A _____
6.   Reason for dismissal: _____ N/A _____
7.   Facts and claims of case: _____ N/A _____
_____ N/A _____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ✓ )                No( )

1.   Parties to previous action:
a.   Plaintiff(s): David Lee Sinnett # H06344 _____
b.   Defendant(s): SGT. John Doe Johnson, Et Al etc _____
2.   District and judicial division: Middle District Jacksnuville Division
3.   Name of judge: James R Klindt   Case #: 3·09-cv-1159-J-25JRk
4.   Approximate filing date: January 8 2010 _____
5.   If not still pending, date of dismissal: Still Pending _____
6.   Reason for dismissal: _____ N/A _____

3

7. Facts and claims of case: _Excessive use of Force; Department of_
_Corrections Employers Breaking Hand, Abuse of a mentally Ill Prisoner_

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)                    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _David Lee Sinnett_
   b. Defendant(s): _Walter A. McNeil_
2. District and judicial division: _Northern District / Second Judicial Leon County_
3. Name of judge: _Kevin P. Davey_      Case #: _2009-ca-000152_
4. Approximate filing date: _February 4 2009_
5. If not still pending, date of dismissal: _Still Pending_
6. Reason for dismissal: _N/A_
7. Facts and claims of case: _Department of Corrections Holding Petitioner_
_Against Court orders of Release To Federal Custody_

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                    No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _N/A_
   b. Defendant(s): _N/A_
2. District and judicial division: _N/A_
3. Name of judge: _N/A_      Case Docket # _N/A_
4. Approximate filing date: _N/A_      Dismissal date: _N/A_
5. Reason for dismissal: _N/A_

4

IV. Parties To Previous Action(s) Continued.

1 A.) Plaintiff (s): David Lee Sinnett
 B.) Defendant(s): State of Florida & Walter A. McNeil
2. District And Judicial Division: United States District Court Middle/Tampa Division
3. Name of Judge: Unknown      Case No: # 8:09-cv-01308-UMC-TGW
4. Approximate Filing Date: July 14 2009
5. If Not Still Pending Date of Dismissal: Still Pending
6. Reason For Dismissal: N/A
7. Facts And Claims of Case: Involuntary Plea, State Department of Corrections
Violating Plea Agreement To Release Petitioner To Serve State Time In
Federal Custody As ordered by lower court, Ineffective Counsel.

1. A.) Plaintiff (s): David Lee Sinnett
 B.) Defendant(s): State of Florida
2. District And Judicial Division: Tenth Judicial Circuit Court In And For Polk County
3. Name of Judge: Unknown      Case No: # CF05-00-1992-XX
4. Approximate Filing Date: June 3 2006
5. If Not Still Pending Date of Dismissal: March 28 2007
6. Reason For Dismissal: Misleading words Directing Confusion
7. Facts And Claims of Case: Ineffective Plea Involuntary Plea, State court
Violated Conditions of Plea.

1. A.) Plaintiff(s): David Lee Sinnett
 B.) Defendant(s): State of Florida
2. District And Judicial Division: Tenth Judicial Circuit Court/Polk County
3. Name of Judge: Unknown      Case No: # CF05-00-1992-XX
4. Approximate Filing Date: May 15 2007
5. If Not Still Pending Date of Dismissal: June 6 2008
6. Reason For Dismissal: Successive motion; Piece meal
7. Facts And Claims of Case: Newly Discovered Ineffective Counsel, Counsel lying,
memo, Failure To Withdraw Plea, Plea Involuntary

4.A

6.   Facts and claims of case: _____ N/A _____

_____ N/A _____

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1.) David L. Sinnett Plaintiff/Petitioner Had His Right Hand Broken By Department of Corrections officials at Columbia C.I. (Annex) ON August 14th 2008, during a NON-Responsive Cell Extraction after an overdose and attempted suicide. Plaintiff Has Filed a civil rights complaint concerning This issue which is presently pending In The Jacksonville Division United District court case# 3:09-CV-1159-J-25JRK

2.) On August 18th 2008 Plaintiff went To see Dr. Nguyen at Columbia C.I. (Annex) To Have Hand examined; Dr. Nguyen ordered an X-Ray which Showed a Dislocated Fracture and Break To The right Hand Fourth (4) Finger (Ring Finger) metacarpal Bone and Pinky Finger was out of Alignment. A.) This is a violation of Deliberate Indifference, and Inadequate care To Serious medical Needs by Delay of medical Treatment From Dates of 08-14-2008 To 08-18-2008.

3.) On August 18th 2008 Dr. Nguyen Asked Plaintiff what Had Happened To Plaintiffs Hand? Plaintiff waited until officer left out of Room and Told Dr. Nguyen what Had Happened because officer Stated "He Hit a Wall", which was a lie. This abuse was Reported To Dr. Nguyen who Ignored This Report at That Point, Violating His Hippocratic OATH and Failed To Document This abuse.

4.) On August 18th 2008 Dr. Nguyen Gave petitioner The Results To The X-Ray That was Taken. By appearance The Hand was visibly Swollen, Bruised, and Bone was protruding out of Skin. Plaintiff advised Dr. Nguyen That He was In a very Severe pain and was Suffering and could not close Hand, move Fingers or Hold Hand Down at All Do to Heavy Throbbing at All; Dr. Nguyen at Such point Perscribed a Narcotic (oxycodone) For The pain and said That He would be Putting in an Emergency Refferal To The North Florida Reception medical center

Center located approximately Forty Five (45) minutes away from the location Dr. Nguyen and Plaintiff were at. Dr. Nguyen however did not wrap Injury at all for appropriate obligational practice. This is in violation of Eighth U.S.C.A Right of Deliberate Indifference to serious medical needs by not giving the proper treatment immediately to make sure hand does not get re-injured or to heal properly Dr. Nguyen did nothing to assist or heal hand at all.

5.) On August 18th 2008 Plaintiff signed a blue consent form to be designated to the appropriate facility for the medical treatment and immediate care needed. However Dr. Nguyen did not file this order and as shown later had no intentions of in any form treating Plaintiff or reffering Plaintiff which in the totality of the circumstances was the cause of the permanent injury whereas the earliest stages of treatment are the most detrimental.

6.) On August 26th 2008; Plaintiff was transferred to Jefferson Correctional Institution from Columbia Correctional (Annex).

7.) On August 26th 2008, Plaintiff was seen and evaluated upon arrival at Jefferson C.I by Nurses Jane Doe MacDonald and Jane Doe Keys; Plaintiffs hand was still visibly swollen, discolored and bone still protruding out of skin - Plaintiff complained still of pain and suffering and could not move hand with poor circulation Plaintiff was asked why hand was not wrapped? Plaintiff told both Nurses that Dr. Nguyen failed to wrap Injury. The Nurses then asked what happened to Plaintiffs hand? Plaintiff again reported the abuse and once again was ignored violating the Hippocratic oath.

8.) On August 26th 2008, Plaintiff told both Nurses MacDonald and Keys that Plaintiff had signed a blue consent form at Columbia C.I (Annex) by way of Dr. Nguyen to be sent to (N.F.R.C) medical center to recieve adequate treatment. At this time Nurse MacDonald stated to Plaintiff that she didn't see an emergency referral or any medical consent form, which Plaintiff had signed, and instead stated that Dr. Nguyen noted "See inmate at permanant camp". There by proving deliberate indifference to serious immediate medical needs. Violating the Eighth U.S.C.A, A.) Aiding in serious denial and delay in the access to proper medical personel; B.) Judgement so egregiously bad that it really isn't medical; C.) Failure to provide adequate medical treatment; D.) Failure to file medical treatment paperwork; E.) Failure to treat and follow up on x-rays for healing Injury to recover, contributing profusely to Plaintiff life Injury and handicap.

9.) On August 26th 2008, Plaintiff signed a second blue consent form to be seen by a medical specialist at (N.F.R.C) medical facility; Nurse MacDonald and Nurse Keys both assured Plaintiff that he had "Top Priority" and would still be seen in time to have the hand treated and fixed which will be shown also to be prevariciation accumulating to cause of the permanent status of the injury.

10.) On August 26th 2008; Plaintiff again complained of pain and suffering and the inability to use hand, Nurses MacDonald and Keys Issued Plaintiff a bottom bunk pass for a year and wrapped Plaintiffs hand in an ace bandage which made

The Injury Heal In A Closing Fashion Aiding Further In The Disability. The Nurses Then Stated That Due To being in Administrative Confinement Plaintiff Could NOT Have A Cast, And neither Of The Nurses Would Prescribe Plaintiff Any Pain Relief Medication Due To The Plaintiff Over-Dosing On Ibuprofen. Although Plaintiff overdosed On Ibuprofen There Are Many Other Medications For pain Relief. To punish The Plaintiff Forcing Plaintiff To endure The pain and suffering, Punishing Plaintiff For A Psychiatric Problem In The past, is A Violation Of The Eighth U.S.C.A Rights of Cruel And Unusual Punishment, And Also by NOT Treating The Wound Appropriately These Nurses Aided In Giving Plaintiff A Permenant Lifetime Disability.

11.) On August 26th 2008, After Interviewing With Nurses MacDonald and Keys, Plaintiff Was Taken To Administrative Segregation Room 2116 upper Bunk In Y-Dorm At Jefferson C.T And An Unknown Officer Was Responsible For Assigning Plaintiff A Top bunk To Sleep In. This Violated The Low bunk pass That Was Issued by medical. Plaintiff wrote A Grievance To Nurses MacDonald And Keys Who Never even Answered Grievance. The Unknown And Malicious Officer Was In Essence Responsible For This Constitutional Violation Of Cruel And Unusual Punishment, Forcing The Plaintiff To Retinjure Hand And leaving Hand In An Injured State- Nurses MacDonald and Keys Did NOTHING To Appropriate This Grievance And Was Given NOTICE. This Adds To The Cummulative events In This Injury And Case.

12.) On An Uncertain Date A Few weeks later Another X-Ray Was Taken Of Plaintiffs Hand and Plaintiff Had Another Interview with Nurse MacDonald.

13.) Plaintiff On Unknown Date Signed A Third Consent Form To Go To The North Florida Reception Medical center For medical Treatment.

14.) During Interview On Uncertain Date Nurse MacDonald Admitted That She "Did NOT put In An Emergency Referral"; And She "Did not Know What Was Going On"? "It usually Did NOT Take This long"! At This point Plaintiff Realize That Nurses MacDonald And Keys Violated The Eighth U.S.C.A Rights by: A.) Deliberate Indifference To Serious medical needs; B.) Serious Denial or Delay In Access To Proper Medical care or Personel To Treatment Facility; C.) Failure To File The Appropriate paperwork For Treatment; D.) Judgement So egriously Bad That It Really is'nt medical; E.) UnProfessional Prevarication And Violating Hipocratic OATH.

15.) On September 23rd 2008, Forty Days After The Initial Injury, Plaintiff Was Transported To (N.F.R.C) For Treatment To See The Appropriate practitioner DR.ong A plastic Surgeon, However upon Arrival For A Unknown Reason The Visit Was Rescheduled causing more Unnecessary Delay In Treatment.

6A

16) On October 1st 2008, Forty Nine days after the Initial Injury Plaintiff was again taken to (N.F.R.C)

17.) Plaintiff took another X-Ray and Finally seen Dr. Ong, Dr. Ong then also asked what Happened to my Hand, which by now Plaintiff was able to Report what Had Happened to the appropriate Authorities Himself. Plaintiff Told Dr. Ong who also did Not Change the Record which Reflected a lie as to How the Injury occured Records showed Hitting a Wall.

18.) Dr. Ong Told Plaintiff that it was a Healing Fracture after he Reviewed the Latest X-Rays Forty Nine days Later. Dr. Ong Stated that the plaintiff "waited too Late or too Long and to Fix it now would do more Damage than to let it Heal as is."

19.) Plaintiff Told Dr. Ong that His pinky Finger was Numb and the Dr. Stated there was Nothing He could do about that which was a lie. Dr. Ong could Have Referred Plaintiff to a Neurologist.

20.) Plaintiff complained of the pain and Dr. Ong said that 1mg. Tylenol "Finally Prescribed" on sick call was Good enough even though the Plaintiff told Dr. Ong it wasn't working at all This Forced the Plaintiff to Suffer in pain and was Cruel and Unusual Punishment.

21.) Dr. Ong did However Prescribe a Calcium Pill For the Enhancement of the Still Not completely Healed Healing Process.

22.) Plaintiff Does Not Know who exactly all else is Responsible besides the Main Defendants listed Herein. The appropriate Treatment From the very beginning would've been For Emergency Treatments and Referrals to Have the Dislocated Fracture Re-Set into its appropriate place to Take its Natural Healing Course correctly and to then put a Cast onto the Healing Hand to Assure No more Injuries, Then to prescribe the Calcium pill, and to prescribe A Temporary Pain Reliever, Plaintiff instead Has a broken that Has Healed Out of place Causing Disability and permanent Injury. This is Do to these Dr.s and Nurses doing Nothing to prevent This cruelty.

23.) On November 5th 2008, Plaintiff went back to (N.F.R.C) to see Dr. Ong

24.) Dr. Ong ordered an X-Ray.

25.) Upon Interview on the 5th of November with Dr. Ong Plaintiff complained of Hand Still Hurting, Not being able to use Hand at all, Knuckles Rubbing Together Not being able to ball up Fist, Pinky being Numb and Re-Injury. Dr. Ong agreed That He could see a Re-Injury in the Form of a Hairline Fracture, Dr. Ong then Told Plaintiff again that He would Not do Surgery Because it was Now way too Late. Dr. Ong then Told Plaintiff that He would make a Recomendation to Satisfy Plaintiffs Hands to Not Get Re-Injured ordering moderate use and Continue to use Ace Bandage Temporarily and closed the Case.

26.) On November 5th 2008, once arriving back at Jefferson C.I. The Nurse on duty said the record shows Dr. Ong wrote the complete opposite of what he told plaintiff stating "Good Range of motion" no follow ups or visits. The Nurse Then stated that according to Dr. Ong plaintiff was now healed. Plaintiff was then put back to work on Inside Grounds with an injured hand. This is a violation of the Eighth U.S.C.A Rights of: A.) Deliberate Indifference to serious medical needs and care by Dr. Ong and B.) Failure to give proper Treatment Instuctions C.) Reliance on non-medical factors to make a Treatment Decision, D.) Judgement so egregiously bad it isn't really medical.

27.) On January 17th 2009, plaintiff went back to Administrative Segregation and was forced once again to have a top bunk unbeknownst to plaintiff once again who was responsible, However all of these are shown on attached exhibits and plaintiff notified the nurses again by way of sick call and having another re-injury and was charged four dollars $4.00 to see the nurse when the nurse decides to come.

28.) On unknown date plaintiff had an interview with nurse keys and an x-ray was ordered after said re-injury, nurse keys stated to the plaintiff that the x-ray showed my hand was fine, plaintiff advised nurse. Keys that despite what the x-ray showed, the plaintiff was in pain, also that plaintiffs pinky finger was numb and at that point had no feeling. Nurse keys became very hostile manner speaking stating I was fine and she would do nothing for me and told guards to escort me out yelling. This is in violation The Eighth U.S.C.A Rights of cruel and unusual punishment by: A.) Deliberate Indiffere: to serious medical needs; B.) Denial of adequate medical Treatment; C.) Malicious medical Treatment; D.) Failure to follow up on medical orders and care; E.) Verbal Abuse.

29.) After several Grievances on an unknown date, nurse keys or nurse macdonald rescheduled a visit and nurse macdonald visited plaintiff, Instead of helping the plaintiff nurse macdonald maliciously Revoked the bottom bunk pass she gave to the plaintiff, to expire eight (8) months before the initial target expiration date. This malicious arbitrary Reprisal and Treatment would no doubtedly end up in yet another injury.

30.) Grievances were wrote on this incident but was never responded to; nurse macdonald violated the Eighth U.S.C.A Rights of cruel and unusual punishment by: A.) Deliberate indifference to serious medical needs; B.) malicious infliction

OF INADEQUATE TREATMENT; C.) Judgement and Treatment so egregiously Bad it Really Isn't medical; D.) Malicious Infliction of pain causing circumstances.

31.) Plaintiff Has written several unanswered Grievances and sick call complaints to Exhaust all administrative Remedies and seek an alternative Remedy. To Avoid this suit. This court may Find that by Failing to answer Grievances The Plaintiff will be at Fault If Plaintiff states a Fact that Doesn't show up exactly as The challenge according to the (P.L.R.A.) However The Exhibits will show This To be False. Plaintiff Has Tried Every Thing and under Oath and Penalty of Perjury Has Appropriately Challenged or Tried To Challenge Every Injustice Stated In This Civil Rights Complaint.

32.) Plaintiff was Given This last opportunity To present This Complaint as a Final Blessing From The Lower U.S. Court and Plaintiff Still with No Trained Assistance as a layman Has Followed all of This Honorable courts orders and Respectfully Requests This To be Sufficient Due To The Fact That Plaintiff Has No Certified clerks Helping Plaintiff. There are No certified Law Clerks Located at Jefferson Correctional Institution That Have Any experience Whatsoever In Civil law. (This will be proven To This court at a later Time by Awaiting — Grievances Not Yet Exhausted.)

33.) Nobody In This case Did What Their Inherent Responsibility To Do In Life As a Human being even should Do To Another Human being Responsibly, To Provide Adequate care or Any Treatment To Timely Treat or Fix The Damage To Plaintiff At all with malice; Therefore Resulting In The permanent Disfigurement and Dysfunctions of Plaintiffs Hand.

34.) For The Record under The penalty of Perjury Plaintiff Did Not Break His Hand At Lake CI as Someone unknown To Plaintiff on Record Falsified.

35.) All Defendants Named In This action Are Guilty For The Inflictions of Emotional And Physical Anguish, Distress, pain and Suffering, permanent Disability And much more cruel and unusual punishment For Totally Ignoring Plaintiffs medical needs And Requests For Treatment, Denying Treatment.

36.) Plaintiff Requests Permission To ADD at a later Date Any Unknown Defendants Who may be Responsible As This case unravels.

37.) Plaintiff up To date is Still being mistreated, Plaintiffs Right Hand is Now Permanently Disfigured, Dysfunctional, Poor Circulation, Throbs, Knuckles Rub Together, Bone Still Visible Through Skin, Poor Range of motion, Cannot Grip completely, Hold Things For long periods of Time, Cannot exercise, Immense pain and Suffering at Times, Pinky Finger Numb Nerve Damage, Disabled For Life, Plaintiff Prays For Favo

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1.) Violation of the Sixth (6) and Fourteenth (14) U.S.C.A Rights By A.) Denying Discoveries To Information Germane. Of All principles Involved To confront All witnesses and Defendants, Denying proper Access To The courts.

2.) Violation of the Fifth (5) and Fourteenth (14) U.S.C.A Rights by A.) Failure To protect Life Limb and Jepordy of Liberty.

3.) Violation of the Eighth (8) U.S.C.A Rights of Protection From cruel And Unusual Punishment For: A.) Deliberate Indifference To Serious

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

Compensation For punitive; Rescissory; Substancial; Pitative; monetary; Physical; mental and Special Damages as well as Compensation For pain And suffering, mental Physical and Emotional Anguish and shock; Physical, mental, Emotional Distress; Disability; Loss of wages and Earnings from Disability in any Diminished capacity; For the court To Allow Reconstruction by an outside Specialist of his choice; For this To never Happen again To any Inmate; For Justice to be Served And For everyone Involved To be Disciplined or Dismissed, All Damages In The Ammount Total of ONE Million Dollars or As This

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

court sees Fit To Reward For All suffering, Attorney Fees, medical expenses, To Fix And Recover All Damages.

July 26TH 2010
(Date)

Di— S—tt   #H06344
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __26TH__ day of __July__, 20 __10__.

Di— S—tt   #H06344
(Signature of Plaintiff)

Revised 03/07

# VI. STATEMENT OF CLAIMS (CONTINUED)

medical needs; B.) Intentional malicious Inadequate medical care; C.) Failure To provide Adequate care And Treat Hand In a Timely manner; D.) Administratively Failing To follow Known or Recognize care of NON-cognitive or lucid Person; E.) Failure To Transport Plaintiff To appropriate medical Facility For Treatment In a Timely manner; F.) Deliberate Indifference And negligence of protocols And Procedures under existing or cognitive law And Rule; G.) Failure To Emergency Referral Plaintiff To Appropriate medical Facility For Treatment; H.) Failure To Report or Document Abuse; I.) Ignoring all Requests And Pleas For medicine To Relieve Pain; J.) Judgement So Egregiously Bad That IT Really Isn't medical; K.) Reliance on NON medical Factors In making Treatment Decisions; L.) Failure To carry out medical orders; M.) Serious Denials or Delays In Access To proper medical personel And Treatment Facility; N.) Refusing Treatment As well As Waiting Too long To schedule Appointment To Fix Hand while Awaiting proper care From Appropriate personel; O.) Ignoring all Grievances And Sick call Request; P.) Neglecting To Give proper or ANY medical Health care Instructions; Q.) Maliciously Revoking Passes For Reprisal And Forcing Plaintiff To work And Re-Injure Hand And Charging To come To Sick call For The Injury They were Responsible For. R.) Forcing Injured Plaintiff To work Streneous And Injure Duties In opposition of *Imposing* Penalties In The Alternative; S.) Slander And lying o Plaintiff To cover Abuse by officials; T.) cruel And unusual Inhumane wanton Inflictions And Indifferences To Equal up to or Seperately constitute unusual punishment; U.) The Health care providers mentioned Here In Are all Responsible For Plaintiffs Disability, Plaintiff Requests The Right To Add more Violations To This Petition At a Later Date upon case being Evaluated To courts Added Interpertations of Violations NOT listed Here In.

7.A

EXHIBIT
F

Emergency Grievance

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

EXHIBIT 1

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden  ☐ Assistant Warden  ☒ Secretary, Florida Department of Corrections

From: Sinnett David L _____ H06344 _____ Jefferson C.I _____

    Last   First   Middle Initial      Number       Institution

---

**Part A – Inmate Grievance**

On August 14th 2008 Officer Sgt. Johnson & Officer John Doe during a psychological Emergency and passing out & throwing up on the floor unable to move due to an overdose ran in my room after threatening me on (Camera) jumped on me, kicked me, twisted & broke my hand on (Camera) with witnesses. Then forced me to walk over (50) yards falling down to medical on (Camera) falling down and all, throwing up. This incident happened at Columbia Annex in Room N2206 upstairs. I am filing this Grievance as a sensitive Nature Grievance concerning officers and to find out what the result of the investigation was. I reported this incident (6) months ago to the Inspector General and sent (4) other Grievances formal with no response. Remedy Sought: To fix my hand & pay for medical expenses To Pay for my Disability in life to support my family, To fire all abusive officers & to never let this happen to another Inmate Ever Again. Failure to do so violates my 1st, 5th, 7th, 8th, 9th, 14th United States Constitution of Rights & breaks the Law.

MARCH 22nd 2009

DATE

D—S—H H06344

SIGNATURE OF GRIEVANT AND D.C. #

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___ / ___

                                                #      Signature

---

**PART B – RESPONSE**

We as Inmates at Jefferson Correctional Institution by undersigned Signature Hereby State, Affirm, and Attest to the Fact that on March 23rd 2009 Inmate# H06344 David Sinnett did turn the original copy of this Grievance to Classification Officer Carnley and was put in the Grievance Box to be mailed from Room (Y2130) from Sinnett's Hand on (Wing 4) Also (on camera). And under the Penalty of perjury this is the Truth, The whole Truth, nothing but the Truth and We were not threatened to do or sign this Affidavit. Grievances have been coming up missing. This is just proof of attempt to exhaust last Administrative Remedy Required by law safely in Good Faith and Support for Justice and Truth.

| Signatures | Printed Name | Date |
|---|---|---|
| X _____ | x Jacob Cutrell | x 3-23-09 |
| X _____ | x George Harris | x 3-23-09 |
| X _____ | x Tyrone Jackson | x 3-23-09 |
| X _____ | x David Sinnett | x 3-23-09 |
| X | X | X |
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

TEAR ON PERFORATION

MAILED / FILED
WITH AGENCY CLERK

MAR 1 7 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

EXHIBIT 2

## PART B - RESPONSE

| SINNETT, DAVID | H06344 | 09-6-03838 | JEFFERSON C.I. | Y2130L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

The Deputy Assistant Secretary of Health Services (Clinical), Dr. Johanson also reviewed your appeal.

It is determined that the response made to you by Dr. Carrero on 1/5/09 appropriately addresses the issues you presented.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.


CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Tournay, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 3/13/09 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT 5

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED
FEB 03 2009
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

RECEIVED
JAN 2 8 2009
ASSISTANT WARDEN

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☐ Warden          ☐ Assistant Warden          ☑ Secretary, Florida Department of Corrections

From: SINNETT David L          HO6344          Jefferson C. I
      Last  First  Middle Initial          Number          Institution
                                                      09-6-03833

---

Part A – Inmate Grievance

I Am Appealing The Denial of (Attached) Grievances. The Subject matter I AM Grieving Is Medical For Failure To Timely Address my Health concerns or medical needs, After The FACT OF The Incident being Investigated At The Inspector Generals Office. The Point I Am Grieving Is The Failure To Timely Assist my medical needs And send me To The Medical Reception center On An Emergency basis To Fix my Hand So It would Not Heal Deformed And would Heal properly. Instead D.O.C waited (49) Days before Finally Getting To see The Appropriate DR. Already Knowing I Had A Broken Hand And The DR. Said It was Too Late And would Hurt more THAN Help. Remedy: To Fix my Hand They Broke, Fire All Of These People for malpractice And To Financially compensate me For The Disability, Pain, And

January 27, 2009     Suffering I Have Recieved     D-S H   HO6344
DATE                 And Forced To obtain Due           SIGNATURE OF GRIEVANT AND D.C. #
To This medical Negligence This Violates my 1st, 4th, 5th, 6th, 7th, 8th, 9th, 14th Constitutional Right

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____/_____
                                                                      #      Signature

---

PART B – RESPONSE

SEE ATTACHED
RESPONSE

---

SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE
OF EMPLOYEE RESPONDING                        SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
                        TEAR ON PERFORATION

Grieving Is Medical For Failure To Timely Address My Health Concerns or medical needs, After The Fact Of The Incident being Investigated At The Inspector Generals Office. The Point I Am Grieving Is The Failure To Timely Assist my medical needs And Send me To The Medical Reception center on An Emergency basis To Fix My Hand So It would Not Heal Deformed And Would Heal properly. Instead D.O.C waited (49) Days before finally Getting To See The Appropriate DR. Already Knowing I Had A broken Hand And The DR. Said It was Too Late And would Hurt more Than Help-Remedy: To Fix My Hand They broke, Fire All Of These People for malpractice And To Financially compensate me For The Disability, Pain, And Suffering I Have Recieved And forced To obtain Due To This medical Negligence This Violates my 1ˢᵗ, 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, 7ᵗʰ, 8ᵗʰ, 9ᵗʰ, 14ᵗʰ Constitutional Right

| January 27, 2009 | | D- Sᵐᵗ H06344 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** ___/___

                                         #     Signature

---

**PART B -- RESPONSE**

## SEE ATTACHED RESPONSE

DB

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.

................................................TEAR ON PERFORATION..............................................

**PART C - RECEIPT** (TO BE COMPLETED BY DC STAFF)

| RETURN TO: Sinnett, David L. | 1 H06344 | Jefferson C I |
|---|---|---|
| LAST   FIRST   MIDDLE INITIAL | NUMBER | INSTITUTION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

| 1-30-09 | 9603345 7 | CMantt |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

| DISTRIBUTION: | INSTITUTION/FACILITY | DISTRIBUTION: | CENTRAL OFFICE |
|---|---|---|---|
| WHITE COPY | INMATE COPY | WHITE COPY | INMATE COPY |
| CANARY COPY | INMATE'S FILE | CANARY COPY | INMATE'S FILE - INST./FACILITY |
| PINK COPY | INMATE COPY | PINK COPY | C.O. INMATE FILE |
| GOLDENROD COPY | RETAINED BY OFFICIAL RESPONDING | GOLDENROD COPY | RETAINED BY OFFICIAL RESPONDING |

075
103.

0812-103-172

EXHIBIT 4

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

0812103-172

From: SINNETT  David  L          H06344          Jefferson C.I
      Last    First   Middle Initial       Number        Institution

#### Part A – Inmate Grievance

In (attached) I am Grieving The Fact That D.O.C officials Broke my Hand And D.O.C medical Neglected To Fix my Hand causing A Deliberate Indifference To Serious medical needs, negligence, pain and suffering, malpractice and other medical Violations. Medical And officials Have been lying To cover up what They Have Done, waiting (49) Days To even send me To a proffesional Surgeon Just To be Told IT Is Too Late To fix my Hand, And stated I waited Too Late when The fault Does NOT or can NOT fall on me. The Response Said on 12-22-08 I Had an x-Ray, but I Had An x-Ray way before That on 08-18-08, showing my broken Hand. I Have been neglected because my Hand Is Healing Broke Due To D.O.C medical negligence And Deliberate Indifference To medical needs Remedy sought; Doc To Fix my Hand And Fix what They Broke, And To Fire All These People And To Financially compensate S H06344 for pain and suffering And The

December 25 2008
      DATE

SIGNATURE OF GRIEVANT AND D.C. #

Disability I Have Recieved And forced To obtain Due To This negligence

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _____
                                                                          #    Signature

#### PART B – RESPONSE

Appeal Answer log # 09-6-03838  To Secretary With Answer

SEE ATTACHED
RESPONSE

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
................................ TEAR  ON  PERFORATION ................................

PART C - RECEIPT   (TO BE COMPLETED BY DC STAFF)

EXHIBIT S

0812-103-172

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: 08-1902
Team Number: 02
Institution: Jefferson CI

*(Instructions on Back)*

## Informal Grievance

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental | Colonel |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☑ Other | |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | David Sinnett | H06344 | G1116L | I.S.G | 12-07-08 |

### Informal Grievance

ON 08-14-08 officers AT Columbia Jumped @ Broke my Hand During A Psychiatric Emergency on 08-18-08 An X-Ray And a visit To Dr. Nguyen Showed I Had a Broken Hand He Had me sign papers To Go To The Medical center. on 08-26-08 I come To Jefferson CI and signed A whole other form To Get my Hand Fixed Then I seen Dr. mc Donald Again And Had Another X-Ray Still Showing a Break and Finally After (49) Days I finally Go To Lake Butler medical To see a surgeon In which I was Told It was To late To Fix my Hand Because It was Already Healing Broken @ I waited To Long. I Did Not wait To Late D.O.C waited To late. Remedy sought: For D.O.C To Fix my Hand @ for This To Never Happen to Anybody else or I want Financial Compensation for medical negligence, Deliberate Indifference To serious medical needs, Pain suffering, Disability. This violates my 1st, 14th, 8th, 5th, 4th, 7th LMSA

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 12-22-08

RECEIVED DEC 9 2008 ASSISTANT WARDEN

Informal grievance received this date of 12-22-08 — your medical records does reflect you having x-rays - clinical visits and consults - this does not reflect that you were Neglected — it can be noted that Inspector Chumpin is aware of your allegations of "abuse by officer at Columbia C.I." — based on the fact that you have received treatment for your injury - grievance is denied - no neglect is reflected.

[The following pertains to informal grievances only:] **DENIED**

Based on the above information, your grievance is [Returned, Denied, or Approved]. If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): _____ Date: 12-22-08

Distribution: White -Returned to Inmate
Canary -Returned to Inmate
Pink -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

RECEIVED DEC 2 9 2008 ASSISTANT WARDEN

## PART B - RESPONSE

| SINNETT, DAVID | H06344 | 0812-103-172 | JEFFERSON C.I. | G1116L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your grievance has been received and evaluated.  Response prepared by D. Lumpkin, Assistant Warden reflects that the grievance will be returned without processing due to the fact that this is an open case in the Inspector General's Office. When the case has been completed, they will notify you of the outcome.

DEBBIE HARTSFIELD                    DARLENE LUMPKIN

_____        _____        _____
SIGNATURE AND TYPED OR PRINTED NAME        SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                SECRETARY'S REPRESENTATIVE
D. HARTSFIELD, SHSA
OFFICE OF HEALTH
SERVICES
JEFFERSON CI

COPY DISTRIBUTION -INSTITUTION / FACILITY        COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                    (1 Copy) Inmate
(1 Copy) Inmate's File                (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding        (1 Copy) C.O. Inmate File
                            (1 Copy) Retained by Official Responding