IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID LEE SINNETT,

      Plaintiff,

v.                                  CASE NO. 4:09-cv-00454-MP -WCS

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 63, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed without prejudice for failure to prosecute. The Magistrate filed the Report on April 25, 2011, Plaintiff has filed no objection, and the time to do so has passed.

      Plaintiff has not communicated with the Court since October 4, 2010, and several items of mail have been returned undeliverable with no forwarding address provided to the Court. Eventually, a non-party, non-attorney purported to file a document not signed by the Plaintiff, changing the Plaintiff's address. The Court agrees with the Magistrate Judge that a document not signed by a party or his legal counsel cannot be allowed to change the party's address. Even if it could, the eleventh hour change of address does not erase the fact that plaintiff failed to prosecute this case for the preceding six months. Thus, upon consideration, the Court agrees

with the Magistrate Judge that the case should be dismissed for failure to prosecute.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 63) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _17th_ day of May, 2011

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge